## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**CHARLES S. DENNIS,**                  :

    **Petitioner**           :     **CIVIL ACTION NO. 3:16-1207**

    **v**                    :             **(JUDGE MANNION)**

**Warden CRAIG A. LOWE, et al.,**       :

    **Respondents**          :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED** without prejudice to Petitioner filing another §2241 petition should he develop good reason to believe that removal is no longer reasonably foreseeable.

2. The Clerk of Court is directed to **CLOSE** this case.


                                                    s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Dated:** July 11, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1207-01-order.wpd